# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# MONROE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION NO. 10-198 |
| VERSUS | JUDGE ELIZABETH ERNY FOOTE |
| PAUL N. TEMPLE | MAGISTRATE JUDGE KAREN HAYES |

### J U D G M E N T

The Report and Recommendation [Record Document 58] of the Magistrate Judge having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

**IT IS ORDERED, ADJUDGED, AND DECREED** that the District Court accepts the guilty plea of the defendant, Paul N. Temple, and adjudges him **GUILTY** of the offense charged in Count 22 of the Indictment against him.

**THUS DONE AND SIGNED** in chambers on this 26th day of January, 2011.

ELIZABETH ERNY FOOTE
UNITED STATES DISTRICT JUDGE